Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): *Martinez, Jose A.* | Name of Joint Debtor (Spouse)(Last, First, Middle): *Martinez, Allison M.* |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): *dba Allison M. Kovats* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *1262* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *9986* |
| Street Address of Debtor (No. & Street, City, and State): *128 Concord Lane* *Carol Stream IL* ZIPCODE *60188* | Street Address of Joint Debtor (No. & Street, City, and State): *128 Concord Lane* *Carol Stream IL* ZIPCODE *60188* |
| County of Residence or of the Principal Place of Business: *Dupage* | County of Residence or of the Principal Place of Business: *Dupage* |
| Mailing Address of Debtor (if different from street address): *SAME* ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME* ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1 (1/08)                                                                                          FORM B1, Page   2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Jose A . Martinez and Allison M. Martinez* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** */s/ Richard S. Bass* |
| | Signature of Attorney for Debtor(s)                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                    FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jose A . Martinez and<br>Allison M. Martinez |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Jose A . Martinez*
Signature of Debtor

**X** */s/ Allison M. Martinez*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
Firm Name

*2021 Midwest Road*
Address

*Oak Brook IL  60521*

*630-953-8655*
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

   **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

<u>Chapter 13</u>:  **Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

<u>Chapter 11</u>:  **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

<u>Chapter 12</u>:  **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

FORM B6A (Official Form 6A) (12/07)

In re _Jose A . Martinez and Allison M. Martinez_____ ,          Case No._____
                                    Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _128 Concord Ln, Carol Stream, IL (Residence)_ | _Debtor residence_ | _W_ | _$ 188,000.00_ | _$ 204,400.00_ |

No continuation sheets attached

**TOTAL $**                    _188,000.00_
**(Report also on Summary of Schedules.)**

In re <u>Jose A . Martinez and Allison M. Martinez</u>                    ,        Case No. _____

Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | *$ 100.00* |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking: Bank of America*<br>*Location: In debtor's possession*<br><br>*Savings: Bank of America*<br>*Location: In debtor's possession* | J<br><br>J | *$ 1,500.00*<br><br><br>*$ 500.00* |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods, furniture & furnishings*<br>*Location: In debtor's possession* | J | *$ 2,000.00* |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures*<br>*Location: In debtor's possession* | J | *$ 500.00* |
| 6.  Wearing apparel. | | *Misc used personal clothing*<br>*Location: In debtor's possession* | J | *$ 800.00* |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term Policy)*<br>*Location: In debtor's possession* | W | *$ 1.00* |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re  *Jose A . Martinez and Allison M. Martinez*                ,     Case No. _____
               **Debtor(s)**                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2002 Chevy Monte Carlo Location: In debtor's possession* | | $ 5,000.00 |

Page __2__ of __3__

B6B (Official Form 6B) (12/07)

In re  Jose A . Martinez and Allison M. Martinez _____ ,    Case No. _____
                    Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2006 Nissan Pathfinder** **Location: In debtor's possession** | | **$ 18,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  3  of  3

Total ➡    **$ 28,401.00**

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re **Jose A . Martinez and Allison M. Martinez**                    ,    Case No. _____
                                    **Debtor(s)**                                                      (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 128 Concord Ln, Carol Stream, IL | 735 ILCS 5/12-901 | $ 30,000.00 | $ 188,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking: Bank of America | 735 ILCS 5/12-1001(b) | $ 1,500.00 | $ 1,500.00 |
| Savings: Bank of America | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| Misc used household goods, furniture & furnishings | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| Misc used personal items, books and pictures | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| Misc used personal clothing | 735 ILCS 5/12-1001(a) | $ 800.00 | $ 800.00 |
| Life Insurance (Term Policy) | 735 ILCS 5/12-1001(f) | $ 1.00 | $ 1.00 |
| 2002 Chevy Monte Carlo | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 5,000.00 |
| 2006 Nissan Pathfinder | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 18,000.00 |

B6D (Official Form 6D) (12/07)

In re _Jose A . Martinez and Allison M. Martinez_ ,      Case No._____
**Debtor(s)**                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *1832*<br>*Creditor # : 1*<br>*HSBC Auto Finance*<br>*Attn:  Bankruptcy Dept*<br>*PO Box 17548*<br>*Baltimore MD 21297-1548* | | *2008*<br>*Purchase Money Security*<br>*2006 Nissan Pathfinder*<br><br>Value: *$ 18,000.00* | | | | *$ 21,000.00* | *$ 3,000.00* |
| Account No: *0954*<br>*Creditor # : 2*<br>*PNC Bank (National City)*<br>*Attn: Bankruptcy Dept*<br>*PO Box 5570*<br>*Cleveland OH 44101-0570* | W | *2008*<br>*Junior Mortgage*<br>*128 Concord Lane Carol Stream IL  (Residence-Jr. Mortgage)*<br>*Acct:4489619840170954*<br>Value: *$ 188,000.00* | | | | *$ 57,400.00* | *$ 16,400.00* |
| Account No: *3249*<br>*Creditor # : 3*<br>*Select Portfolio Servicing Inc*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  65250*<br>*Salt Lake City UT 84165* | W | *2008*<br>*Mortgage*<br>*128 Concord Ln, Carol Stream, IL  (Residence-*<br>*Acct:0012051280)  Sr. Mortgage*<br>Value: *$ 188,000.00* | | | | *$ 147,000.00* | *$ 0.00* |
| | | Subtotal $<br>(Total of this page) | | | | *$ 225,400.00* | *$ 19,400.00* |
| | | Total $<br>(Use only on last page) | | | | | |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

_1_  continuation sheets attached

B6D (Official Form 6D) (12/07)   - Cont.

In re Jose A . Martinez and Allison M. Martinez                    ,        Case No._____
                      **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *3417*<br>*Creditor # : 4*<br>*State Farm Bank*<br>*Attn: Auto Loan Dept*<br>*PO Box 3299*<br>*Milwaukee WI 53201-3299* | | *2008*<br>*Purchase Money Security*<br>*2002 Chevy Monte Carlo*<br><br>Value: *$ 5,000.00* | | | | *$ 8,000.00* | *$ 3,000.00* |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |

Sheet no. 1  of  1  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | *$ 8,000.00* | *$ 3,000.00* |
| Total $ (Use only on last page) | *$ 233,400.00* | *$ 22,400.00* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _Jose A . Martinez and Allison M. Martinez_____ ,          Case No._____
         **Debtor(s)**                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ **continuation sheets attached**

**Official Form 6E (12/07) – Cont.**

In re <u>Jose A . Martinez and Allison M. Martinez</u> ,   Case No._____
           **Debtor(s)**         **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Domestic Support Obligations*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Illinois Dept of Child Support*<br>*Attn: Bankruptcy Dept*<br>*509 S. Sixth St   Floor 6*<br>*Springfield IL 62701* | H | 2000-09<br>Notice to State Agency<br>*Notice to state agency* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No:<br>*Creditor # : 2*<br>*Lynn Roscoe*<br>*211 Blue Bonnett Dr*<br>*Brighton CO 80608* | H | 200<br>Notice to Support Recipient<br>*Notice to support recipient* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No:<br>*Creditor # : 3*<br>*Wanda Alvarado*<br>*2415 N. Kostner*<br>*Chicago IL 60639* | H | 2000<br>Notice to Support Recipient<br>*Notice to support recipient* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. <u>1</u> of <u>1</u> continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *0.00* | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | *0.00*   *0.00* |

B6F (Official Form 6F) (12/07)

In re _Jose A . Martinez and Allison M. Martinez_                    ,        Case No. _____

        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0423  Creditor # : 1  Academy Collection Service Inc  RE:  Premier Bankcard  10965 Decatur Road  Philadelphia PA 19154-3210 | | 2003-2009  Notie to c | | | | $ 0.00 |
| Account No:   4957  Creditor # : 2  ACC International Collection  RE:  Stratford Orthopaedic  919 Estes Ct  Schaumburg IL 60193-4427 | | 2003-2009  Collection on Medical Bills | | | | $ 144.00 |
| Account No:   2928  Creditor # : 3  Accounts Receivable Management  RE:  Premier Bankcard  PO Box 129  Thorofare NJ 08086-0129 | | 2003-2009  Notice to Collector | | | | $ 0.00 |
| Account No:   9560  Creditor # : 4  Advocate Medical Group  Attn:  Patient Accounts  701 Lee Street  Des Plaines IL 60016 | | 2003-2009  Medical Bills | | | | $ 105.00 |

_14_ continuation sheets attached

Subtotal $                        $ 249.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____,    Case No. _____
                        **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1000<br>Creditor # : 5<br>Aegis Receivables Management<br>RE:  American Express<br>PO BOX  165809<br>Irving TX 75016 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:    M121<br>Creditor # : 6<br>Alliance One Receivables Mgt<br>RE: Resurgent Capital<br>1160 Centre Pointe Dr, #1<br>Mendota Heights MN 55120 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:    3624<br>Creditor # : 7<br>American Coradius Inc<br>RE:  Chase<br>2420 Sweet Home Rd, #150<br>Amherst NY 14228-2244 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:    1000<br>Creditor # : 8<br>American Express<br>Attn:  Bankruptcy Dept<br>PO BOX  6618<br>Omaha NE 68105-0618 | | | 2003-2009<br>Credit Card Purchases | | | | $ 24,437.00 |
| Account No:    3280<br>Creditor # : 9<br>Asset Acceptance LLC<br>RE:  Circuit City Chase<br>PO BOX  2036<br>Warren MI 48090-2036 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:    7632<br>Creditor # : 10<br>Bally Total Fitness<br>Attn:  Bankruptcy Dept<br>12440 Imperial Highway, #300<br>Norwalk CA 90650-8309 | | | 2003-2009<br>Notice | | | | $ 0.00 |

Sheet No.   1   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 24,437.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,   Case No._____
          **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 11<br>Bonlar Loan Co<br>Attn: Bankruptcy Dept<br>2247 W. Lawrence<br>Chicago IL 60625 | | | 2003<br>Judgement<br>Case No  03 M1 169445 | | | | $ 1,761.00 |
| Account No:   4754<br>Creditor # : 12<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  5155<br>Norcross GA 30091 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:   2295<br>Creditor # : 13<br>CCSI<br>RE:  Citifinancial<br>PO BOX  34119<br>Memphis TN 38184 | | | 2003-2009<br>Notice to Other Location | | | | $ 0.00 |
| Account No:   3624<br>Creditor # : 14<br>Central Credit Services Inc.<br>RE:  Chase/Circuit City<br>PO BOX  15118<br>Jacksonville FL 32239 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1001<br>Creditor # : 15<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2003-2009<br>Medical Bills | | | | $ 137.00 |
| Account No:   9001<br>Creditor # : 16<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2003-2009<br>Medical Bills | | | | $ 120.00 |

Sheet No.   2   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,018.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,    Case No. _____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2001<br><br>Creditor # : 17<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2003-2009<br><br>Medical Bills | | | | $ 100.00 |
| Account No:    6001<br><br>Creditor # : 18<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2003-2009<br><br>Medical Bills | | | | $ 53.00 |
| Account No:    7813<br><br>Creditor # : 19<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2003-2009<br><br>Medical Bills | | | | $ 210.00 |
| Account No:    8336<br><br>Creditor # : 20<br>Central DuPage Physician Group<br>Attn:  Patient Accts<br>PO BOX  479<br>Winfield IL 60190 | | | 2003-2009<br><br>Medical Bills | | | | $ 406.00 |
| Account No:    1123<br><br>Creditor # : 21<br>Central DuPage Physician Group<br>Attn:  Patient Accts<br>PO BOX  479<br>Winfield IL 60190 | | | 2003-2009<br><br>Medical Bills | | | | $ 126.00 |
| Account No:    1029<br><br>Creditor # : 22<br>Chase<br>Attn:  Bankruptcy Dept<br>PO BOX  15298<br>Wilmington DE 19850-5298 | | | 2003-2009<br><br>Notice | | | | $ 0.00 |

Sheet No.    3    of    14    continuation sheets attached to Schedule of                    Subtotal $ | $ 895.00
Creditors Holding Unsecured Nonpriority Claims                                                    Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,     Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6061<br>Creditor # : 23<br>Chase<br>Attn:  Bankruptcy Dept<br>PO BOX   15298<br>Wilmington DE 19850-5298 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:    3624<br>Creditor # : 24<br>Chase/Circuit City<br>Attn:  Bankruptcy Dept<br>800 Brooksedge Blvd<br>Westerville OH 43081-2822 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:    2295<br>Creditor # : 25<br>CitiFinancial<br>Bankruptcy Dept<br>PO BOX   499<br>Hanover MD 21076-0499 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:    2435<br>Creditor # : 26<br>CitiFinancial Retail Services<br>Attn:  Bankruptcy Dept<br>PO BOX   22066<br>Tempe AZ 85285-2066 | | | 2003-2009<br>Notice to Other Location | | | | $ 0.00 |
| Account No:    2295<br>Creditor # : 27<br>DRS Bonded Collections<br>RE:  Citifinancial<br>PO BOX   498609<br>Cincinnati OH 45249-8609 | | | 2003-2009<br>Collection | | | | $ 2,783.00 |
| Account No:    7037<br>Creditor # : 28<br>Enhanced Recovery Corp<br>RE:  GE Money<br>8014 Bayberry Rd<br>Jacksonville FL 32256 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   4   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,783.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,     Case No. _____
**Debtor(s)**                                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4010<br>Creditor # : 29<br>FaCS Group<br>Attn:  Bankruptcy Dept<br>9111 Duke Blvd<br>Mason OH 45040 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:   0423<br>Creditor # : 30<br>First Premier Bank<br>Attn:  Bankruptcy Dept<br>PO Box 5524<br>Sioux Falls  SD 57117-5512 | | | 2003-2009<br>Credit Card Purchases | | | | $ 403.00 |
| Account No:   8875<br>Creditor # : 31<br>First Source Advantage LLC<br>RE:  American Express<br>205 Bryant Woods South<br>Amherst NY 14228 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6559<br>Creditor # : 32<br>FirstStar Bank<br>Attn:  Bankruptcy Dept<br>425 Walnut St<br>Cincinnati OH 45202-3923 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:   3624<br>Creditor # : 33<br>Frederick J. Hanna & Assoc.<br>RE:  Chase Bank<br>1427 Roswell Rd<br>Marietta GA 30062 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1272<br>Creditor # : 34<br>GE Money Bank (Old Navy)<br>Attn:  Bankruptcy Dept<br>PO BOX  103104<br>Roswell GA 30076 | | | 2003-2009<br>Credit Card Purchases | | | | $ 422.00 |

Sheet No.   5   of   14   continuation sheets attached to Schedule of                              Subtotal $         $ 825.00
Creditors Holding Unsecured Nonpriority Claims                                                       Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,   Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2007<br>Creditor # : 35<br>GE Money Bank/Jewelry Exchange<br>Attn:  Bankruptcy Dept<br>PO BOX  103104<br>Roswell GA 30076 | | | 2003-2009<br>Credit Card Purchases | | | | $ 5,108.00 |
| Account No:   4910<br>Creditor # : 36<br>Good Samaritan Hospital<br>Attn:  Patient Accts<br>3815 Highland Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 84.00 |
| Account No:   1585<br>Creditor # : 37<br>Good Samaritan Hospital<br>Attn:  Patient Accts<br>3815 Highland Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 175.00 |
| Account No:   9872<br>Creditor # : 38<br>Good Samaritan Hospital<br>Attn:  Patient Accts<br>3815 Highland Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 79.00 |
| Account No:   5116<br>Creditor # : 39<br>Good Samaritan Hospital<br>Attn:  Patient Accts<br>3815 Highland Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 1,403.00 |
| Account No:   9565<br>Creditor # : 40<br>Good Samaritan Hospital<br>Attn:  Patient Accts<br>3815 Highland Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 269.00 |

Sheet No.   6   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 7,118.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jose A . Martinez and Allison M. Martinez_ ,    Case No. _____
          **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 364<br>Creditor # : 41<br>Hilco Receivables LLC<br>RE: GE Money<br>5 Revere Dr #206<br>Northbrook IL 60062 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No: 0429<br>Creditor # : 42<br>HR Accounts Inc.<br>RE: Central DuPage Hosp<br>7017 John Deere Pkwy<br>Moline IL 61266-0672 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 137.00 |
| Account No: 0084<br>Creditor # : 43<br>HR Accounts Inc.<br>RE: Central DuPage Hosp<br>7017 John Deere Pkwy<br>Moline IL 61266-0672 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 265.00 |
| Account No: 3896<br>Creditor # : 44<br>HR Accounts Inc.<br>RE: Central DuPage Hosp<br>7017 John Deere Pkwy<br>Moline IL 61266-0672 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 262.00 |
| Account No: 6939<br>Creditor # : 45<br>HR Accounts Inc.<br>RE: Central DuPage Hosp<br>7017 John Deere Pkwy<br>Moline IL 61266-0672 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 210.00 |
| Account No: 9325<br>Creditor # : 46<br>HR Accounts Inc.<br>RE: Central Dupage Hosp<br>7017 John Deere Pkwy<br>Moline IL 61266-0672 | | | 2003-2009<br>Notice | | | | $ 0.00 |

Sheet No. _7_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 874.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,          Case No._____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9923 Creditor # : 47 HR Accounts Inc. RE: Central DuPage Hosp 7017 John Deere Pkwy Moline IL 61266-0672 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No: 9026 Creditor # : 48 HR Accounts Inc. RE:  Central DuPage Hosp 7017 John Deere Pkwy Moline IL 61266-0672 | | | 2003-2009 Collection on Medical Bills | | | | $ 120.00 |
| Account No: 1941 Creditor # : 49 Illinois Collection Service RE:  Advocate Good Samaritan H PO BOX 1010 Tinley Park IL 60477-9110 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No: 6629 Creditor # : 50 Illinois Collection Service RE:  Advocate Good Samaritan H PO BOX 1010 Tinley Park IL 60477-9110 | | | 2003-2009 Collection on Medical Bills | | | | $ 242.00 |
| Account No: 1613 Creditor # : 51 Illinois Collection Service RE:  Advocate Good Samaritan H PO BOX 1010 Tinley Park IL 60477-9110 | | | 2003-2009 Collection on Medical Bills | | | | $ 98.00 |
| Account No: 1020 Creditor # : 52 Illinois Collection Service RE:  Advocate Good Samaritan H PO BOX 1010 Tinley Park IL 60477-9110 | | | 2003-2009 Collection on Medical Bills | | | | $ 12.00 |

Sheet No. _8_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ......................... $ 472.00

Total $ .........................
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,      Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2135 Creditor # : 53 Illinois Collection Service RE:  Advocate Good Samaritan H PO BOX 1010 Tinley Park IL 60477-9110 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No:    9688 Creditor # : 54 Illinois Collection Service RE:  Advocate Good Samaritan H PO BOX 1010 Tinley Park IL 60477-9110 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No:    0936 Creditor # : 55 Illinois Collection Service RE:  Advocate Good Samaritan H PO BOX 1010 Tinley Park IL 60477-9110 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No: Creditor # : 56 Illinois Dept Employ Security Attn:  Bankruptcy Dept PO BOX  6996  Banking Unit Chicago IL 60680-1292 | | H | 2000 Notice to State Agency | | | | $ 0.00 |
| Account No: Creditor # : 57 Illinois Dept Employ Security Attn Benefit Payment-Bankrupt PO Box 19286 Springfield IL 62794-9286 | | J | | | | | $ 0.00 |
| Account No: Creditor # : 58 Illinois Dept Employ Security Attn Bankruptcy Unit 3rd Floor 401 S. State St Chicago IL 60605 | | H | 2003-09 Notice to State Agency | | | | $ 0.00 |

Sheet No.   _9_  of   _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,   Case No._____
**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3546  Creditor # : 59 Just Energy Attn:  Bankruptcy Dept 35190 Eagle Way Chicago IL 60678-1351 | | | 2003-2009 Collection on Utility Bills | | | | $ 959.00 |
| Account No:   9972  Creditor # : 60 KCA Financial RE:  Columbia House PO Box 53 Geneva IL 60134 | | | 2003-2009 Collection | | | | $ 136.00 |
| Account No:  Creditor # : 61 Law Office Heller & Frisone Acct: Wells Fargo 33 N. LaSalle St  #300 Chicago IL 60603-1203 | | | 2009 Collection DuPage Case No  2009 SC 005390 | | | | $ 2,000.00 |
| Account No:  Creditor # : 62 Law Office Steven Mevorah Acct: Kathleen Ford 900 E. Roosevelt Rd Lombard IL 60148 | | H | 2008 Notice   to Attorney Cook County Suit 08 M1 301260 Auto Accident-Injury Claim | | | | $ 0.00 |
| Account No:   4112  Creditor # : 63 LVNV Funding LLC Attn:  CitiBank PO BOX  10584 Greenville SC 29603-0584 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No:   2487  Creditor # : 64 Macy's/Marshall Fields Attn:  Bankruptcy Dept PO BOX  9475 Minneapolis MN 55440 | | | 2003-2009 Notice | | | | $ 0.00 |

Sheet No.   10   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 3,095.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  *Jose A . Martinez and Allison M. Martinez*                                    ,        Case No. _____
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  4163 | | | 2003-2009 | | | | $ 60.00 |
| Creditor # : 65 *Medical Business Bureau* RE:  Cental DuPage Emerg Phys 1460 Renaissance Dr,  #400 Park Ridge IL 60068 | | | Collection on Medical Bills | | | | |
| Account No:  3659 | | | 2003-2009 | | | | $ 451.00 |
| Creditor # : 66 *Medical Business Bureau* RE:  Central Dupage Emerg Phys 1460 Renaissance Dr,  #400 Park Ridge IL 60068 | | | Collection on Medical Bills | | | | |
| Account No:  2249 | | | 2003-2009 | | | | $ 0.00 |
| Creditor # : 67 *MiraMed Revenue Group, LLC* RE:  Central DuPage Hospital PO BOX  77000, Dept 77304 Detroit MI 48277-0304 | | | Notice to Collector | | | | |
| Account No: | | | 2003-2009 | | | | $ 484.00 |
| Creditor # : 68 *NCI Collection* RE:  R. McLaughlin MD 3601 Algonquin Rd #232 Rollling Meadows IL 60008-3106 | | | Collection on Medical Bills | | | | |
| Account No:  2716 | | | 2003-2009 | | | | $ 0.00 |
| Creditor # : 69 *NCO Fin/99* RE:  Commonwealth Edison PO BOX  41466 Philadelphia PA 19101 | | | Notice | | | | |
| Account No:  1037 | | | 2003-2009 | | | | $ 0.00 |
| Creditor # : 70 *NCO Financial Systems Inc.* RE:  American Express 507 Prudential Road Horsham PA 19044 | | | Notice to Collector | | | | |

Sheet No.  11  of  14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 995.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,      Case No._____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7699<br>Creditor # : 71<br>Nelnet Loan Services<br>Attn:  Bankruptcy Dept<br>3015 S. Parker Rd,  #425<br>Aurora CO 80014-2904 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:   8615<br>Creditor # : 72<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | | 2003-2009<br>Utility Bills | | | | $ 190.00 |
| Account No:   3624<br>Creditor # : 73<br>Northstar Location Services<br>RE:  Chase<br>4285 Genessee St<br>Cheektowaga NY 14225-1943 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   4095<br>Creditor # : 74<br>Northwest Collectors<br>RE:  R McLaughlin MD<br>3601 Algonquin Rd  #500<br>Rolling Meadows IL 60008 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 484.00 |
| Account No:   L000<br>Creditor # : 75<br>OakBrook Pediatrics Ctr<br>Attn:  Patient Accts<br>3825 Highland Ave,  #2-C<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 1,510.00 |
| Account No:   1775<br>Creditor # : 76<br>Pellettieri & Associates, Inc.<br>RE:  Central DuPage Hosp<br>991 Oak Creek Dr<br>Lombard IL 60148-6408 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 95.00 |

Sheet No.  _12_ of  _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 2,279.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jose A . Martinez and Allison M. Martinez_ ,   Case No._____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  2295<br>*Creditor # : 77*<br>*Portfolio Recovery Associates*<br>*RE:  Wickes Furniture*<br>*PO Box 12914*<br>*Norfolk VA 23541* | | | *2003-2009*<br>*Collection* | | | | *$ 2,857.00* |
| Account No:  5015<br>*Creditor # : 78*<br>*Portfolio Recovery Associates*<br>*RE:  Citifinancial*<br>*120 Corporate Blvd,  #100*<br>*Norfolk VA 23502* | | | *2003-2009*<br>*Notice to Collector* | | | | *$ 0.00* |
| Account No:  3642<br>*Creditor # : 79*<br>*Professional Bureau Collection*<br>*RE:  GE Money/Old Navy*<br>*PO BOX  628*<br>*Elk Grove CA 95759-0628* | | | *2003-2009*<br>*Notice to Collector* | | | | *$ 0.00* |
| Account No:  2295<br>*Creditor # : 80*<br>*RAB, Inc.*<br>*RE:  Citifinancial*<br>*7000 Goodlett Farms  Parkway*<br>*Memphis  TN 38016* | | | *2003-2009*<br>*Notice to Collector* | | | | *$ 0.00* |
| Account No:  2488<br>*Creditor # : 81*<br>*Radiologist of DuPage*<br>*Attn:   Patient Accts*<br>*520 E. 22nd St*<br>*Lombard IL 60148* | | | *2003-2009*<br>*Medical Bills* | | | | *$ 12.00* |
| Account No:  2487<br>*Creditor # : 82*<br>*Retailer National Bank*<br>*Attn:   Bankruptcy Dept*<br>*PO BOX  702*<br>*Minneapolis MN 55440-0702* | | | *2003-2009*<br>*Notice* | | | | *$ 0.00* |

Sheet No.  **13**  of  **14**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | *$ 2,869.00*
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Jose A . Martinez and Allison M. Martinez_____ ,    Case No. _____
           **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 83 <br> Wells Fargo Financial <br> Attn:  Bankruptcy Dept <br> 800 Walnut St <br> Des Moines IA 50309-3506 | | | 2003-2009 <br> Lawsuit <br> Case No 2009 SC 005390   Heller & Frisone attorneys for Wells Fargo | | | | $ 0.00 |
| Account No:    0752 <br> Creditor # : 84 <br> Weltman, Weinberg & Reis Co. <br> RE:  LVNV Funding LLC/Citibank <br> 323 W. Lakeside Ave, Suite 200 <br> Cleveland OH 44113-1099 | | | 2003-2009 <br> Collection | | | | $ 19,070.00 |
| Account No:    0774 <br> Creditor # : 85 <br> WFNNB/Express <br> Attn:  Bankrupcty Dept <br> PO BOX  182125 <br> Columbus OH 43218-2125 | | | 2003-2009 <br> Notice | | | | $ 0.00 |
| Account No:    7621 <br> Creditor # : 86 <br> WFNNB/Victoria's Sercret <br> Attn:  Bankrupcty Dept <br> PO BOX  182128 <br> Columbus OH 43218 | | | 2003-2009 <br> Notice | | | | $ 0.00 |
| Account No:    7037 <br> Creditor # : 87 <br> Zwicker & Associates, P.C. <br> RE:  GE Money Bank <br> 80 Minuteman Rd <br> Andover MA 01810-1031 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No: | | | | | | | |

Sheet No. __14__ of ___14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                           **Subtotal $**      $ 19,070.00

                                           **Total $**      $ 67,979.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re <u>*Jose A . Martinez and Allison M. Martinez*</u>    / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _Jose A . Martinez and Allison M. Martinez_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

**In re** *Jose A . Martinez and Allison M. Martinez* _____ ,  **Case No.** _____

Debtor(s)                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *son* | AGE(S): *1yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Warehouseman* | *Production Planner* |
| Name of Employer | *VKE Renzel USA* | *Plexus Corp* |
| How Long Employed | *2 years* | *2 years* |
| Address of Employer | *2420 E. Okaton Arlington Height IL  60005* | *2400 Millbrook Lane Buffalo Grove IL* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ *3,520.00* | $ *5,470.83* |
| 2. Estimate monthly overtime | | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | | $ *3,520.00* | $ *5,470.83* |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ *550.00* | $ *1,516.67* |
| b. Insurance | | $ *0.00* | $ *888.33* |
| c. Union dues | | $ *0.00* | $ *0.00* |
| d. Other (Specify): *Child Support* | | $ *640.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ *1,190.00* | $ *2,405.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ *2,330.00* | $ *3,065.83* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ *0.00* | $ *0.00* |
| 8. Income from real property | | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | | $ *2,330.00* | $ *3,065.83* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ *5,395.83* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Jose A . Martinez and Allison M. Martinez_____ ,    Case No. _____
    **Debtor(s)**                                                        **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,165.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|    b. Is property insurance included?  Yes ☒  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|    b. Water and sewer | $ | 45.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other  _Junior Mortgage_ | $ | 444.00 |
|    Other  _Association Assessment_ | $ | 155.00 |
|    Line 2 Continuation Page Total (see continuation page for itemization) | $ | 180.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 207.00 |
|    e. Other  _Child Care_ | $ | 1,260.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 208.00 |
|    b. Other:  _Auto Payment_ | $ | 692.00 |
|    c. Other:  _Auto repair, upkeep & license_ | $ | 80.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  _Personal care items & grooming_ | $ | 40.00 |
|    Other:  _Newspapers, subscription misc_ | $ | 30.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 6,116.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 5,395.83 |
|    b. Average monthly expenses from Line 18 above | $ | 6,116.00 |
|    c. Monthly net income (a. minus b.) | $ | (720.17) |

In re _Jose A . Martinez and Allison M. Martinez_                    ,          **Case No.** _____

                    **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

2. (continuation) OTHER UTILITIES

| | |
|---|---|
| _Cell Phones_ | $                 _100.00_ |
| _Internet-Cable_ | $                  _80.00_ |
| **Line 2 Continuation Page Total (seen as line item "2" on Schedule J)** | $                 _180.00_ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jose A . Martinez and Allison M. Martinez*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      188,000.00 | | |
| B-Personal Property | *Yes* | *3* | $       28,401.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      233,400.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *15* | | $       67,979.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        5,395.83 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $        6,116.00 |
| TOTAL | | *29* | $      216,401.00 | $      301,379.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Jose A . Martinez and Allison M. Martinez*

Case No.

Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,395.83 |
| Average Expenses (from Schedule J, Line 18) | $ 6,116.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 8,997.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 22,400.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 67,979.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 90,379.00 |

In re _Jose A . Martinez and Allison M. Martinez_ _____    Case No. _____
                          Debtor                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___30___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _____          Signature _/s/ Jose A . Martinez_ _____
                                                    _Jose A . Martinez_


Date: _____          Signature _/s/ Allison M. Martinez_ _____
                                                    _Allison M. Martinez_

                                        [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:*Jose A . Martinez*
     *and*
     *Allison M. Martinez*
     *dba Allison M. Kovats*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                          SOURCE

*Year to date:$39,000.00*          *2009 Wages from employment Husband*
*appr*                                             *2008 Same*
    *Last Year:$31,821.00*          *2007 Same*
*Year before:29,900.00*

---

*Year to date:$67,000.00*          *2009 Wages from employment Wife*
*appr*                                             *2008 Same*
    *Last Year:$69,292.00*          *2007 Same*
*Year before:60,317.00*

## 2. Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

Year to date:$0.00                   2009 None   Husband
    Last Year:$0.00                  2009 None
Year before:$0.00                    2007 None

---

Year to date:$0.00                   2009 None   Wife
    Last Year:$0.00                  2008 None
Year before:19,423.00                2007 Pension disbursement

## 3. Payments to creditors

None ☒  Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Kathleen Ford Vs. Jose Martinez & Allison Kovats 08 M1 301260 | Auo Accident Personal Injury Claim | Cook County Circuit Court | Judgment |
| Wells Fargo Financial vs. Allison Martinez | Collection | DuPage County Circuit Court | Prior to judgment |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

*09 SC 5390*

---

| None | |
|---|---|
| ☒ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

---

### 5. Repossessions, foreclosures and returns

| None | |
|---|---|
| ☒ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

---

### 6. Assignments and receiverships

| None | |
|---|---|
| ☒ | a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| None | |
|---|---|
| ☒ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

---

### 7. Gifts

| None | |
|---|---|
| ☒ | List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

---

### 8. Losses

| None | |
|---|---|
| ☒ | List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

---

### 9. Payments related to debt counseling or bankruptcy

| None | |
|---|---|
| ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass* *Address:* *2021 Midwest Road* *Oak Brook, IL 60521* | *Date of Payment:* *Payor: Allison M. Martinez* | *$1,000.00* |

## 10. Other transfers

None
☒
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒
b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None
☒
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☒
List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
☒
If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None
☒
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Statement of Affairs - Page 4

## 17. Environmental Information

None



For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None



b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None



c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None



a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None



b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceeding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature   */s/ Jose A . Martinez*
                           of Debtor

Date _____     Signature   */s/ Allison M. Martinez*
                           of Joint Debtor
                           (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jose A . Martinez and Allison M. Martinez*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____      Debtor: */s/ Jose A . Martinez*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jose A . Martinez and Allison M. Martinez*                    Case No.
                                                                     Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate.
Attach additional pages if necessary.)

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Select Portfolio Servicing Inc* | *128 Concord Ln, Carol Stream, IL* |

Property will be (check one) :
☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
☒ Claimed as exempt        ☐ Not claimed as exempt

Property No.  *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *PNC Bank (National City)* | *128 Concord Ln, Carol Stream, IL* |

Property will be (check one) :
☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
☒ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes       ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____   Debtor: */s/ Allison M. Martinez* _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jose A . Martinez and Allison M. Martinez*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *HSBC Auto Finance* | *2006 Nissan Pathfinder* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

Property No.  *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *State Farm Bank* | *2002 Chevy Monte Carlo* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes          ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____        Debtor: */s/ Jose A . Martinez* _____

Date: _____        Joint Debtor: */s/ Allison M. Martinez* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Jose A . Martinez*
    *and*
*Allison M. Martinez*
*dba Allison M. Kovats*

Case No.

Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *1,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *1,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*299.00*_____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                                   Respectfully submitted,


                             X *\/s\/  Richard S. Bass*_____
Attorney for Petitioner: *Richard S. Bass*
                             *Law Office of Richard S. Bass, LTD.*
                             *2021 Midwest Road*
                             *Oak Brook IL  60521*

                             *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jose A . Martinez*
    *and*
    *Allison M. Martinez*
    *dba Allison M. Kovats*

Case No.
Chapter  *7*

/ Debtor

Attorney for Debtor:  **Richard S. Bass**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Jose A . Martinez*
Debtor

*/s/ Allison M. Martinez*
Joint Debtor

Academy Collection Service Inc
RE:  Premier Bankcard
10965 Decatur Road
Philadelphia, PA  19154-3210

ACC International Collection
RE:  Stratford Orthopaedic
919 Estes Ct
Schaumburg, IL  60193-4427

Accounts Receivable Management
RE:  Premier Bankcard
PO Box 129
Thorofare, NJ  08086-0129

Advocate Medical Group
Attn:  Patient Accounts
701 Lee Street
Des Plaines, IL  60016

Aegis Receivables Management
RE:  American Express
PO BOX  165809
Irving, TX  75016

Alliance One Receivables Mgt
RE: Resurgent Capital
1160 Centre Pointe Dr, #1
Mendota Heights, MN  55120

American Coradius Inc
RE:  Chase
2420 Sweet Home Rd, #150
Amherst, NY  14228-2244

American Express
Attn:  Bankruptcy Dept
PO BOX  6618
Omaha, NE  68105-0618

Asset Acceptance LLC
RE:  Circuit City Chase
PO BOX  2036
Warren, MI  48090-2036

Bally Total Fitness
Attn:  Bankruptcy Dept
12440 Imperial Highway, #300
Norwalk, CA  90650-8309

Bonlar Loan Co
Attn: Bankruptcy Dept
2247 W. Lawrence
Chicago, IL  60625

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  5155
Norcross, GA  30091

```
                   CCSI
RE:  Citifinancial
PO BOX  34119
Memphis, TN  38184

Central Credit Services Inc.
RE:  Chase/Circuit City
PO BOX  15118
Jacksonville, FL  32239

Central DuPage Hospital
Attn:  Patient Accounts
25 N. Winfield Road
Winfield, IL  60190-1295

Central DuPage Physician Group
Attn:  Patient Accts
PO BOX  479
Winfield, IL  60190

Chase
Attn:  Bankruptcy Dept
PO BOX  15298
Wilmington, DE  19850-5298

Chase/Circuit City
Attn:  Bankruptcy Dept
800 Brooksedge Blvd
Westerville, OH  43081-2822

CitiFinancial
Bankruptcy Dept
PO BOX  499
Hanover, MD  21076-0499

CitiFinancial Retail Services
Attn:  Bankruptcy Dept
PO BOX  22066
Tempe, AZ  85285-2066

DRS Bonded Collections
RE:  Citifinancial
PO BOX  498609
Cincinnati, OH  45249-8609

Enhanced Recovery Corp
RE:  GE Money
8014 Bayberry Rd
Jacksonville, FL  32256

FaCS Group
Attn:  Bankruptcy Dept
9111 Duke Blvd
Mason, OH  45040

First Premier Bank
Attn:   Bankruptcy Dept
PO Box 5524
Sioux Falls , SD  57117-5512
```

First Source Advantage LLC
RE:   American Express
205 Bryant Woods South
Amherst, NY  14228

FirstStar Bank
Attn:  Bankruptcy Dept
425 Walnut St
Cincinnati, OH  45202-3923

Frederick J. Hanna & Assoc.
RE:  Chase Bank
1427 Roswell Rd
Marietta, GA  30062

GE Money Bank (Old Navy)
Attn:  Bankruptcy Dept
PO BOX  103104
Roswell, GA  30076

GE Money Bank/Jewelry Exchange
Attn:  Bankruptcy Dept
PO BOX  103104
Roswell, GA  30076

Good Samaritan Hospital
Attn:  Patient Accts
3815 Highland Ave
Downers Grove, IL  60515

Hilco Receivables LLC
RE:  GE Money
5 Revere Dr  #206
Northbrook, IL  60062

HR Accounts Inc.
RE:  Central Dupage Hosp
7017 John Deere Pkwy
Moline, IL  61266-0672

HR Accounts Inc.
RE: Central DuPage Hosp
7017 John Deere Pkwy
Moline, IL  61266-0672

HSBC Auto Finance
Attn:   Bankruptcy Dept
PO Box 17548
Baltimore, MD  21297-1548

Illinois Collection Service
RE:  Advocate Good Samaritan H
PO BOX 1010
Tinley Park, IL  60477-9110

Illinois Dept Employ Security
Attn:  Bankruptcy Dept
PO BOX  6996  Banking Unit
Chicago, IL  60680-1292

Illinois Dept Employ Security
Attn Bankruptcy Unit 3rd Floor
401 S. State St
Chicago, IL  60605

Illinois Dept Employ Security
Attn Benefit Payment-Bankrupt
PO Box 19286
Springfield, IL  62794-9286

Illinois Dept of Child Support
Attn: Bankruptcy Dept
509 S. Sixth St   Floor 6
Springfield, IL  62701

Just Energy
Attn:  Bankruptcy Dept
35190 Eagle Way
Chicago, IL  60678-1351

KCA Financial
RE:  Columbia House
PO Box 53
Geneva, IL  60134

Law Office Heller & Frisone
Acct: Wells Fargo
33 N. LaSalle St  #300
Chicago, IL  60603-1203

Law Office Steven Mevorah
Acct: Kathleen Ford
900 E. Roosevelt Rd
Lombard, IL  60148

LVNV Funding LLC
Attn:  CitiBank
PO BOX  10584
Greenville, SC  29603-0584

Macy's/Marshall Fields
Attn:  Bankruptcy Dept
PO BOX  9475
Minneapolis, MN  55440

Medical Business Bureau
RE:  Central Dupage Emerg Phys
1460 Renaissance Dr,  #400
Park Ridge, IL  60068

Medical Business Bureau
RE:  Cental DuPage Emerg Phys
1460 Renaissance Dr,  #400
Park Ridge, IL  60068

MiraMed Revenue Group, LLC
RE:  Central DuPage Hospital
PO BOX  77000, Dept 77304
Detroit, MI  48277-0304

NCI Collection of Il
RE:  R. McLaughlin MD
3601 Algonquin Rd #232
Rollling Meadows, IL  60008-3106

NCO Fin/99
RE:  Commonwealth Edison
PO BOX  41466
Philadelphia, PA  19101

NCO Financial Systems Inc.
RE:  American Express
507 Prudential Road
Horsham, PA  19044

Nelnet Loan Services
Attn:  Bankruptcy Dept
3015 S. Parker Rd,  #425
Aurora, CO  80014-2904

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Northstar Location Services
RE:  Chase
4285 Genessee St
Cheektowaga, NY  14225-1943

Northwest Collectors
RE:  R McLaughlin MD
3601 Algonquin Rd  #500
Rolling Meadows, IL  60008

OakBrook Pediatrics Ctr
Attn:  Patient Accts
3825 Highland Ave,  #2-C
Downers Grove, IL  60515

Pellettieri & Associates, Inc.
RE:  Central DuPage Hosp
991 Oak Creek Dr
Lombard, IL  60148-6408

PNC Bank (National City)
Attn: Bankruptcy Dept
PO Box 5570
Cleveland, OH  44101-0570

Portfolio Recovery Associates
RE:  Citifinancial
120 Corporate Blvd,  #100
Norfolk, VA  23502

Portfolio Recovery Associates
RE:  Wickes Furniture
PO Box 12914
Norfolk, VA  23541

Professional Bureau Collections
RE:  GE Money/Old Navy
PO BOX  628
Elk Grove, CA  95759-0628

RAB, Inc.
RE:  Citifinancial
7000 Goodlett Farms  Parkway
Memphis , TN  38016

Radiologist of DuPage
Attn:   Patient Accts
520 E. 22nd St
Lombard, IL  60148

Retailer National Bank
Attn:   Bankruptcy Dept
PO BOX  702
Minneapolis, MN  55440-0702

Select Portfolio Servicing Inc
Attn:  Bankruptcy Dept
PO BOX  65250
Salt Lake City, UT  84165

State Farm Bank
Attn: Auto Loan Dept
PO Box 3299
Milwaukee, WI  53201-3299

Wells Fargo Financial
Attn:  Bankruptcy Dept
800 Walnut St
Des Moines, IA  50309-3506

Weltman, Weinberg & Reis Co.
RE:  LVNV Funding LLC/Citibank
323 W. Lakeside Ave, Suite 200
Cleveland, OH  44113-1099

WFNNB/Express
Attn:  Bankrupcty Dept
PO BOX  182125
Columbus, OH  43218-2125

WFNNB/Victoria's Sercret
Attn:  Bankrupcty Dept
PO BOX  182128
Columbus, OH  43218

Zwicker & Associates, P.C.
RE:  GE Money Bank
80 Minuteman Rd
Andover, MA  01810-1031